John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: 310-507-7924
Facsimile:  310-507-7906
*john@kristensenlaw.com*
*jesenia@kristensenlaw.com*

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KARLA URIBE, individually and on behalf of all those similarly situated,<br><br>               Plaintiff,<br>     vs.<br><br>SONGWHALE LLC, a Minnesota Limited Liability Company; and DOES 1-10, inclusive,<br><br>               Defendants. | Case No.: 2:20-cv-04301-MCS-MAA<br><br>**JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

---

**JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
– 1 –

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Karla Uribe ("Plaintiff") and defendant Songwhale, LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

This matter is to be dismissed without prejudice. No court order is required pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Dated: October 2, 2020   **KRISTENSEN LLP**

*/s/ John P. Kristensen*
John P. Kristensen
Jesenia A. Martinez
***Attorneys for Plaintiff***

Dated: October 2, 2020   **KABAT CHAPMAN & OZMER LLP**

*/s/ Paul A. Grammatico (with permission)*
Ryan D. Watstein
Paul A. Grammatico
***Attorneys for Defendant***

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The undersigned attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

*/s/ John P. Kristensen*
John P. Kristensen

# CERTIFICATE OF SERVICE

      I certify that on October 2, 2020, the foregoing document titled **JOINT STIPULATION TO DISMISS CASE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** was served via CM/ECF upon all the participants of record, including the following parties, pursuant to Fed. R. Civ. P. 5:

Ryan D. Watstein
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NE, Suite 1550
Atlanta, Georgia 30363
Email: rwatstein@kcozlaw.com

Paul A. Grammatico
**KABAT CHAPMAN & OZMER LLP**
333 South Grand Avenue, Suite 2225
Los Angeles, California 90071
Email: pgrammatico@kcozlaw.com

**Counsel for Defendant Songwhale LLC**

 

                                                    */s/ John P. Kristensen*
                                                     John P. Kristensen